FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY FRIDAY UDOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEP'T,<br><br>　　　　Defendant. | Case No. CV 12-4025-RGK (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. Gary Klausner
　　　　　　　　　　　　　　　　　　United States District Judge