JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANTHONY FRIDAY UDOM, ) | Case No. CV 12-4025-RGK (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| LOS ANGELES COUNTY SHERIFF'S ) DEP'T., ) | |
| Defendant. ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: August 21, 2012

_Gary Klausner_

R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY