JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY FRIDAY UDOM, | Case No. CV 12-4025-RGK (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEP'T., | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: August 21, 2012



R. Gary Klausner
United States District Judge

